UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.T. ASSOCIATES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FAIRFIELD DEVELOPMENT, L.P., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-04913-BLF<br><br>**ORDER STRIKING DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY'S MOTION TO SEVER AND REMAND CLAIMS**<br><br>[Re: ECF 7] |

On October 28, 2015, Defendant Hartford Casualty Insurance Company ("Moving Defendant") filed a Motion to Sever and Remand the Claims Against Defendants Fairfield Development, L.P., Fairfield Investment Co., and Fairfield Residential Co pursuant to Federal Rule of Civil Procedure Rule 20(a)(2).

Pursuant to this Court's Standing Order, the page limit for a motion to sever is 10 pages absent leave of the court. *See* BLF Standing Order Re Civil Cases at 3. Moving Defendant's motion numbers 14 pages. Moving Defendant did not request leave to file a motion in excess of the page limit, nor does the Court find that the motion warrants additional pages.

Accordingly, the Court STRIKES Moving Defendant's Motion to Sever and Remand. Moving Defendant may re-file the motion in accordance with the Court's Standing Order.

**IT IS SO ORDERED.**

Dated: October 29, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge