UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.T. ASSOCIATES, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>FAIRFIELD DEVELOPMENT, L.P., et al.,<br><br>  Defendants. | Case No.  15-cv-04913-BLF<br><br>**ORDER VACATING HEARING**<br><br>[Re: ECF 9, 12] |

Pursuant to Civ. L.R. 7-1(b), the Court finds Defendant Hartford Casualty Insurance Company's Motion to Sever and Remand, ECF 9, and Plaintiff's Motion to Remand, ECF 12, suitable for submission without oral argument and hereby VACATES the hearing scheduled for February 25, 2016.

**IT IS SO ORDERED.**

Dated: February 11, 2016

_____
BETH LABSON FREEMAN
United States District Judge