UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

Susan Y. Soong                                                                                                General Court Number
Clerk of Court                                                                                                          408-535-5363

March 31, 2016

Superior Court of California, Santa Clara County
191 North First Street
Santa Clara, CA 95113

RE:  J.T. Associates, LLC v.  Fairfield Development, L.P., et al.
      5:15-cv-04913-BLF

Your Case Number:  115CV281811

Dear Clerk,

       Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

       (X )   Certified copies of docket entries

       (X )   Certified copies of Remand Order

       ( )     Other

       Please acknowledge receipt of the above documents on the attached copy of this letter.

                                                                                                Sincerely,

                                                                                                Susan Y. Soong, Clerk

                                                                                                by:  Sandy Nunes
                                                                                                Case Systems Administrator
                                                                                                (408) 535-5382