FILED
APR 25 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
408-535-5363

March 31, 2016

RECEIVED
APR 4 2016
DAVID H. YAMASAKI
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY S. CRABTREE DEPUTY

Superior Court of California, Santa Clara County
191 North First Street
Santa Clara, CA 95113

RE: J.T. Associates, LLC v. Fairfield Development, L.P., et al.
5:15-cv-04913-BLF

Your Case Number: 115CV281811

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X ) Certified copies of docket entries

(X ) Certified copies of Remand Order

( ) Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Susan Y. Soong, Clerk

Sandy Nunes

by: Sandy Nunes
Case Systems Administrator
(408) 535-5382